# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| RADICI PIETRO INDUSTRIES & BRANDS S.P.A.<br><br>Plaintiff,<br><br>v.<br><br>HP PELZER AUTOMOTIVE SYSTEMS, INC.<br><br>Defendant. | Civil Action No. 2:23-cv-11826<br><br>Hon. Paul D. Borman<br><br>Magistrate Judge David R. Grand |

## ORDER DISMISSING PROCEEDINGS

Plaintiff and Defendant, through their respective undersigned counsel identified below, hereby agree, and request this Court enter an order dismissing this case, without prejudice, pending completion of the parties' settlement payment plan.

The Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that this case is dismissed without prejudice. The dismissal shall convert to dismissal with prejudice on October 27, 2025, unless a party moves to reopen the case prior to October 27, 2025. Provided that no party moves to reopen the case prior to October 27, 2025, each party shall bear its own fees and costs.

Dated: April 2, 2024                    s/ Paul D. Borman
                                        Paul D. Borman
                                        United States District Judge

Approved as to form:

RADICI PIETRO INDUSTRIES & BRANDS S.P.A.

By: */s/ Kevin Kavanaugh*
Kevin Kavanaugh (P67048)
THE KAVANAUGH LAW FIRM, P.C.
3331 West Big Beaver, Suite 109
Troy, Michigan 48084
Tel:   (248) 608-4451
Fax:   (248) 649-9922
kevin@thekavanaughlawfirm.com

Lauren Caisman (IL Bar No. 6312465)
BRYAN CAVE LEIGHTON PAISNER LLP
161 North Clark Street, Suite 4300
Chicago, IL 60601
Tel.: (312) 602-5079
Fax: (312) 602-5050
lauren.caisman@bclplaw.com


HP PELZER AUTOMOTIVE SYSTEMS, INC.
By: */s/ Robert E. Murkowski (with permission)* (P73381)
MILLER, CANFIELD, PADDOCK AND STONE, PLC
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Tel: (313) 963-6420
murkowski@millercanfield.com